JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.R., a minor by and through his parents, A.R. and D.R.<br><br>Plaintiff,<br><br>vs.<br><br>LOS ANGELES UNIFIED SCHOOL DISTRICT<br><br>Defendant | CASE NO.: CV 11-6202-GW(VBKx)<br><br>**ORDER GRANTING DISMISSAL.** |

      This Stipulation of the parties to dismiss the case is granted.  This case is therefore DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

DATED: February 3, 2012

_____
Hon.  Judge George Wu

**[PROPOSED] ORDER GRANTING DISMISSAL**

- 1 -